**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-21484-Civ-MOORE
(98-76-Cr-MOORE)
MAGISTRATE JUDGE P. A. WHITE

OSCAR ANDRES,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

FINAL JUDGMENT

    For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

    ORDERED AND ADJUDGED as follows:

    1.    This motion to vacate pursuant to 28 U.S.C. §2255 is denied on the merits.

    2.    All motions related to the civil case not otherwise ruled upon are dismissed, as moot.

    3.    The case is closed.

    DONE AND ORDERED at Miami, Florida, this 14th day of November, 2003.

_____
UNITED STATES DISTRICT JUDGE
K. MICHAEL MOORE

cc:  Oscar Andres, Pro Se

     U.S. Attorney's Office
     Attn: Sharon Medeiros